IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL KELVIN UPSHAW                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO. 2:20-cv-49-KS-MTP

COMMISSIONER OF SOCIAL SECURITY                              DEFENDANT

ORDER

This cause came on this date to be heard upon Motion to Affirm Commissioner's Decision [19] and Report and Recommendation [22] of Magistrate Judge Michael T. Parker entered on December 21, 2020, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Defendant's Motion to Affirm Commissioner's decision [19] is granted and the Commissioner's final decision is AFFIRMED. This action is dismissed with prejudice. A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the __1st__ day of February, 2021.

                                                                    __s/Keith Starrett_____
                                                                    UNITED STATES DISTRICT JUDGE